UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ERIC H.,

Petitioner,

v.

KATHLEEN ALLISON,

Respondent.

No. 2:22-cv-2274-TLN-SCR

**ORDER**

Petitioner, an incarcerated individual proceeding through counsel, filed this Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 8, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 19.) Petitioner filed objections to the findings and recommendations. (ECF Nos. 20, 21.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are ADOPTED in full;
2. The Petition for Writ of Habeas Corpus (ECF No. 1) is DENIED;
3. The Court issues the Certificate of Appealability referenced in 28 U.S.C. § 2253 as to Petitioner's claim that the state court's denial of relief based on a lack of substantial evidence to support the lesser offense of attempted criminal threats was objectively unreasonable; and
4. The Clerk of Court shall enter judgment accordingly and close this case.

IT IS SO ORDERED.

Date: July 27, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE